UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     CR. NO.  3:24-CR- 280

                 v.                         :     (Judge *Munley* )

ANTHONY C. DONNORA, SR.     :
        Defendant            :

**INDICTMENT**

**THE GRAND JURY CHARGES:**

FILED
SCRANTON

OCT 15 2024

PER_____
DEPUTY CLERK

**COUNT 1**
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about July 1, 2022, in Wyoming County, within the Middle District of Pennsylvania, the defendant,

**ANTHONY C. DONNORA, SR.,**

did knowingly, intentionally and unlawfully distribute, and possess with intent to distribute fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute a Controlled Substance)

On or about February 27, 2024, within the Middle District of Pennsylvania, the defendant,

## ANTHONY C. DONNORA, SR.,

did knowingly, intentionally and unlawfully possess with intent to distribute 400 grams and more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
21 U.S.C. § 856(a)(1)
(Maintaining Drug-Involved Premises)

On or about August 6, 2021 through February 27, 2024, in Wyoming County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

## ANTHONY C. DONNORA, SR.,

did unlawfully and knowingly use and maintain a place located at 190

Fire Works Lane, Forkston Township, Pennsylvania, 18702 whether

permanently or temporarily, for the purpose of manufacturing,

distributing, or using any controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1).

## THE GRAND JURY FURTHER CHARGES:

### COUNT 4
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about February 27, 2024, in Wyoming County,

Pennsylvania, within the Middle District of Pennsylvania, the

defendant,

### ANTHONY C. DONNORA, SR.,

knowing that he had been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly possess in

and affecting interstate commerce, a firearm, that is, a Ruger P95DC

pistol, bearing serial number 313-75731, together with ammunition,

said firearm and ammunition having been shipped and transported in

interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1)

and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
18 U.S.C. § 924(c)
(Possession of Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 27, 2024, in Wyoming County,

Pennsylvania, within the Middle District of Pennsylvania, the

defendant,

## ANTHONY C. DONNORA, SR.,

did knowingly possess a firearm, that is, a Ruger P95DC pistol, bearing

serial number 313-75731, in furtherance of a drug trafficking crime for

which he may be prosecuted in a court of the United States, that is,

possession with intent to distribute controlled substances, in violation of

Title 21, United States Code, Section 841(a)(1), as charged in Count 2 of

this Indictment.

In violation of Title 18, United States Code, Sections 924(c),

924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), Title 21, United States Code, Section 856(a)(1), Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Sections 924(a) and (c), the defendant,

**ANTHONY C. DONNORA, SR.,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, and any firearms or ammunition involved in the criminal offenses. The property to be forfeited includes, but is not limited to, the

following:

    a. The real property at 190 Fire Works Lane, Forkston Township,

    PA;

    **ALL THAT CERTAIN** piece, parcel and lot of land situate and being in the Township of Forkson, County of Wyoming and Commonwealth of Pennsylvania, bounded and described as follows:

    **BEGINNING** at a point in the centerline of SR 3001 at the intersection with the driveway leading to Donnora Fireworks Warehouse:

**THENCE** along the existing driveway and through lands of Donnora (DB 554 PG 1150) the following seven (7) courses and distances:

1) South 69 degrees 00 minutes 10 seconds West 122.78 feet to a point;
2) South 49 degrees 48 minutes 48 seconds West 111.60 feet to a point;
3) South 39 degrees 22 minutes 30 seconds West 126.74 feet to a point;
4) South 27 degrees 43 minutes 29 seconds West 114.36 feet to a point;
5) South 04 degrees 36 minutes 48 seconds West 152.89 feet to a point;
6) North 86 degrees 34 minutes 46 second West 31.93 feet to a point;
7) North 37 degrees 53 minutes 37 seconds West 90.65 feet to a point;

**THENCE** through the lands of the Grantors the following two (2) courses and distances:

1) South 28 degrees 38 minutes 00 seconds West passing through a set 5/8" capped rebar marked "JHA INC" at 27.25 feet, a total distance of 209.77 feet to a set 5/8" capped rebar marked "JHA INC";

2) North 33 degrees 07 minutes 55 seconds West 780.21 feet to a set 5/8" capped rebar marked "JHA INC";

**THENCE** along line of lands now or formerly of Eric Clark (DB 2016 PG 2120) North 61 degrees 16 minutes 58 seconds East passing through a iron post at 571.07 feet a total distance of 611.65 feet to a point in the center of SR 3001 (Farr Hollow Road);

**THENCE** along the centerline of SR 3001 (Farr Hollow Road) the following seven (7) courses and distances;

1) South 50 degrees 41 minutes 12 seconds West a distance of 4.56

2

feet to a point;

2) South 47 degrees 55 minutes 09 seconds East a distance of 114.60 feet to a point;

3) South 50 degrees 50 minutes 41 seconds East a distance of 101.91 feet to a point;

4) South 49 degrees 15 minutes 49 seconds East a distance of 104.05 feet to a point;

5) South 51 degrees 18 minutes 58 seconds East a distance of 105.20 feet to a point;

6) South 45 degrees 05 minutes 7 seconds East a distance of 83.56 feet to a point;

7) South 46 degrees 55 minutes 09 seconds East a distance of 48.74 feet to a point, the place of beginning.

**CONTAINING** 435,600.00 square feet, being 10.0 acres.

**BEING** the same lands conveyed to ANTHONY C. DONNORA JR., from ANTHONY C. DONNORA by deed dated August 12, 2019 and recorded August 12, 2019 in the Wyoming County Recorder of Deeds Office as Instrument Number 2019-1948.

**BEING** shown as "Lot 1" on a map entitled "Minor Subdivison for Donnora" by JHA Companies dates May 5, 2019 recorded in the Wyoming County Recorder of Deeds Office in Instrument Number 2019- 1538.

And the said Grantor will Warrant SPECIALLY the property hereby conveyed.

DEED PREPARATION ONLY, NO SEARCH.

through the lands of the Grantors the following two (2) courses and distances:

b. $315 of United States Currency;

c. Collection of miscellaneous coins; (2,548 silver collectors coins and 3 gold collectors coins awaiting appraisal)

d. Ammunition;

e. Kimber 22 bearing serial number KA08415;

f. Point Right bearing serial number 3072593;

g. Ross 243 bearing serial number CA123167;

h. Mossberg bearing serial number V0923232;

i. Weatherly Mark V bearing serial number WB005085;

j. Remington SP10 bearing serial number RM033291;

k. Savage Edge 243 bearing serial number H045476; and

l. Ruger P95DC bearing serial number 313-75731.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

4

e.    has been commingled with other property which cannot

be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853, Title 18,

United States Code, Section 924(d), and Title 28, United States Code,

Section 2461(c).

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

TATUM R. WILSON
Assistant United States Attorney

10 -15- 24

Date

5